# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRIAN FIELDS**, *et al.*, : | **CIVIL ACTION NO. 1:16-CV-1764** |
| Plaintiffs : | |
| : | **(Chief Judge Conner)** |
| v. : | |
| : | |
| **SPEAKER OF THE PENNSYLVANIA** : | |
| **HOUSE OF REPRESENTATIVES,** : | |
| *et al.*, : | |
| Defendants : | |

## ORDER

AND NOW, this 11th day of July, 2017, upon consideration of the plaintiffs' unopposed motion to amend the complaint and add parties (Doc. 62), it is hereby ORDERED that said motion is GRANTED. The plaintiffs shall file the amended complaint and effect service of it on the added defendants as required by Local Rule 15.1(a).

          /S/ CHRISTOPHER C. CONNER
          Christopher C. Conner, Chief Judge
          United States District Court
          Middle District of Pennsylvania