# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIAN FIELDS,** *et al.*, | : | CIVIL ACTION NO. 1:16-CV-1764 |
| Plaintiffs | : | (Chief Judge Conner) |
| v. | : | |
| **SPEAKER OF THE PENNSYLVANIA HOUSE OF REPRESENTATIVES,** *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 1st day of October, 2019, following receipt of the mandate (Doc. 122) and opinion (Doc. 122-2) from the United States Court of Appeals for the Third Circuit, and in accordance therewith, it is hereby ORDERED that:

1. This court's August 29, 2018 order (Doc. 110) and August 30, 2018 judgment (Doc. 111) are VACATED and the permanent injunction set forth therein is LIFTED.

2. Plaintiffs' motion (Doc. 77) for summary judgment is DENIED in its entirety.

3. Defendants' motion (Doc. 80) for summary judgment is GRANTED on all aspects of plaintiffs' Establishment Clause claim (Count 1).

4. The Clerk of Court shall enter judgment in defendants' favor as to Count 1 of the complaint (Doc. 1).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania