# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| BRIAN FIELDS, ET AL., <br> *Plaintiffs* <br> v. <br> SPEAKER OF THE PENNSYLVANIA HOUSE OF REPRESENTATIVES, ET AL., <br> *Defendants* | Civil Action No. 1:16-CV-1764 <br> (Chief Judge Conner) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

**X** other: SUM MARY JUDGMENT be and is hereby ENTERED in favor of Defendants, SPEAKER OF THE PENNSYLVANIA HOUSE OF REPRESENTATIVES, ET AL., and against Plaintiffs, BRIAN FIELDS, ET AL., on all aspects of Plaintiffs' Establishment Clause claim (Count 1 of the Complaint), in accordance with the court's order (Doc. 123), dated October 1, 2019.

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

**X** decided by Judge or Magistrate Judge    Chief Judge Christopher C. Conner

MOTION FOR SUMMARY JUDGMENT

Date:    Oct 1, 2019                    *CLERK OF COURT*  PETER WELSH, Acting Clerk of Court

                                         K. McKinney
                                         _____
                                         *Signature of Clerk or Deputy Clerk*